AO 440 (Rev. 06/12) Summons in a Civil Action

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States Department of Agriculture | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:25-CV-145-LEW |
| MANDY L. JAMES | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    MANDY L. JAMES
    10 Bluff Drive,
    Standish (Steep Falls), ME 04085

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kevin J Crosman, Esq.
    Jensen Baird Gardner & Henry,
    Ten Free Street,
    P.O. Box 4510,
    Portland, ME 04112-4510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/09/2025

*[signature]*

Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mandy James**

was received by me on *(date)* **05/02/2025**.

☒ I personally served the summons on the individual at *(place)* **10 Bluff Dr Standish ME** on *(date)* **05/09/2025** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ **40 / 35 / .93** for travel and $ **35** for services, for a total of $ **100.93** 0.00

I declare under penalty of perjury that this information is true.

Date: **05/09/2025**

Server's signature

**Vinal Thompson III**
Printed name and title

**36 County Way, Portland ME**
Server's address

Additional information regarding attempted service, etc:

```
05/02/25                 Cumberland County Sheriff's Office                      1001
13:56                     Civil Process Service Worksheet              Page:      2

Process Number : 25-001829

Person Served  :    318663
                    Mandy L. James  (Defendant      )
                    10 Bluff Dr
                    Standish, ME   04084
                    Home Phone: (207) 272-2257       Work Phone: (  )  -
                    Other Phone:
                    Date of Birth: 09/12/79
                                              233-5744 - P
Process Information:

Name Type        : Defendant                Disposition     : ACT
Agency           : 0300                     Court Date      :   /  /
Court Number     : 2:25-CV-145-LEW          Court Code      :
Judge Name       :                          Copies Received : 2
Date Issued      : 04/09/25                 Expiration Date :   /  /
Date Received    : 13:08:12 05/02/25        Date Returned   :   /  /

Assigned Officer: Thompson V                Location        : STAL

Service Requirements: (none)

Papers Served   : SUM Summons

Service Attempts:

By          Person Served         Address          Date/Time          Served
6870        ~~Staff Collect~~ SAM   SAM              5/4/25 0735        ✓N
6870        ~~Mandy James~~ SAM     SAM              5/9/25 1210        Y
```

Remarks:

Reserve 2pm

```
       40
       35
         .93
         25
         100.93
       + 40
         140.93
         140.
```

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

**ORIGINAL**

| | |
|---|---|
| United States Department of Agriculture ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 2:25-CV-145-LEW |
| GREGORY S. JAMES ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      GREGORY S. JAMES
      10 Bluff Drive,
      Standish (Steep Falls), ME 04085

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Kevin J Crosman, Esq.
      Jensen Baird Gardner & Henry,
      Ten Free Street,
      P.O. Box 4510,
      Portland, ME 04112-4510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/09/2025

*Christa K. Berry*
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Gregory James**
was received by me on *(date)* **05/02/2025**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **Mandy James (Ex Wife)**, a person of suitable age and discretion who resides there,
on *(date)* **05/09/2025**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ **40** for travel and $ _____ for services, for a total of $ **40** 0.00

I declare under penalty of perjury that this information is true.

Date: **05/09/2025**

*Server's signature*

**Vinal Thompson III**
*Printed name and title*

**36 County Way, Portland ME**
*Server's address*

Additional information regarding attempted service, etc:

```
05/02/25                Cumberland County Sheriff's Office                      1001
13:56                     Civil Process Service Worksheet              Page:       1

Process Number : 25-001829

Person Served  :    664457
                    Gregory S. James   (Defendant      )
                    10 Bluff Dr
                    Standish, ME   04084
                    Home Phone: (   )   -          Work Phone: (   )   -
                    Other Phone:
                    Date of Birth:    /  /

Process Information:

Name Type          : Defendant              Disposition      : ACT
Agency             : 0300                   Court Date       :   /  /
Court Number       : 2:25-CV-145-LEW        Court Code       :
Judge Name         :                        Copies Received: 2
Date Issued        : 04/09/25               Expiration Date:   /  /
Date Received      : 13:08:12 05/02/25      Date Returned    :   /  /

Assigned Officer: Thompson V                Location         : STAL

Service Requirements: (none)

Papers Served   : SUM Summons

Service Attempts:
```

| By | Person Served | Address | Date/Time | Served |
|---|---|---|---|---|
| 6870 | Card left | STA | 5/4/25 0939 | N |
| 6870 | Mandy James ex wife | STA | 5/9/25 1210 | Y |

Remarks: