**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>GREGORY S. JAMES,<br><br>And<br><br>MANDY L. JAMES,<br><br>DEFENDANTS | CIVIL ACTION NO.:<br>2:25-cv-00145-LEW |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. The parties participated in mediation on December 1, 2025, and borrowers are considering the most feasible path to retaining the Property.

2. A second mediation will be held as the parties have agreed to allow 90 days for the borrowers to pursue the opportunity of assumption of the loan by a non-borrower spouse or re-amortization..

Dated this December 2, 2025.

                                                                     /s/ *Kevin J. Crosman*
                                                                     Kevin J. Crosman, Bar No. 4279
                                                                     Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510

Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

J. Scott Logan, Esq.
75 Pearl Street, Suite 212
Portland, Me 04101
Email: scott@southernmainebankruptcy.com

Dated at Portland, Maine, this December 2, 2025.

/s/ *Kevin J. Crosman*
_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff